SETH B. ROBINSON, Appellant, *v.* HERMAN PASSAVANT et al.,
Respondents.

Reported below, 73 Hun, 138.
(Argued October 16, 1895; decided November 1, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered December 5, 1893, which affirmed a judgment in favor of defendant dismissing plaintiff's complaint upon the merits entered upon the report of a referee.

*Charles De Hart Brower* for appellant.

*Charles E. Hughes* for respondents.

Judgment affirmed, with costs, on opinion of General Term. All concur.